DOCKET No. 20MAG651                          DEFENDANT Frederick Scheinin

AUSA Nicholas Chiuchiolo                     DEF.'S COUNSEL Tamara Giwa
                                             ☐ RETAINED  ☑ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY
☐ None _____ INTERPRETER NEEDED
                                             ☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST 01/16/2020       ☐ VOL. SURR.
                                                       TIME OF ARREST 5:30PM           ☐ ON WRIT
☐ Other: _____                                        TIME OF PRESENTMENT 1/17 4:00

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE         ☐ DETENTION: RISK OF FLIGHT/DANGER     ☐ SEE SEP. ORDER
☐ DETENTION HEARING SCHEDULED FOR: _____                                           ☑ SEE TRANSCRIPT
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $100,000 PRB  ☑ 2 FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☑ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☑ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☑ HOME DETENTION  ☐ CURFEW  ☑ ELECTRONIC MONITORING  ☑ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☑ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

### ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

- D must surrender all firearms/permit and provide written verification to PTS
- D not to possess Internet capable devices and is not to access Internet unless for employment purposes
- D to submit to computer monitoring of any devices required for employment
- No unsupervised contact with minors
- D shall not access social media
- D shall not possess or access child pornography in any form, including images or depictions of minors in the nude or sexually explicit positions
- D shall reside at his parents home in Long Island

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY          ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:                                                    Time: 4:00MIN
☐ IDENTITY HEARING WAIVED                    ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED         ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 2-18-2020          ☑ ON DEFENDANT'S CONSENT

                                             Katharine H Parker
DATE: 01/17/2020
                                             UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.