**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 22, 2020

<u>Via ECF</u>

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Frederick Scheinin</u>, 20 Mag. 651 (UA)

Dear Judge Parker:

    I write to update the Court on the status of the satisfaction of Mr. Scheinin's conditions of release and to propose a modification of the conditions to ensure his release. Mr. Scheinin has been detained since Thursday, January 16, 2020. I am bringing this matter to your attention as Your Honor originally set the fact-specific bail conditions.

    Mr. Scheinin was presented before Your Honor on Friday, January 17, 2020, and you ordered his release on the following conditions:

> A $100,000 personal recognizance bond, co-signed by two financially responsible individuals, travel limited to the Southern and Eastern Districts of New York, the surrender of travel documents with no new travel applications, strict pretrial supervision as directed by Pretrial Services, home detention with electronic monitoring, a ban on the possession of firearms, destructive devices or dangerous weapons, a ban on the possession of internet capable devices and internet access unless for employment purposes, computer monitoring of any devices required for employment, a ban on unsupervised contact with minors, access to social media, and possession of child pornography, and a requirement to reside at the home of Mr. Scheinin's parents on Long Island.

    On Tuesday, February 21, 2020, the two financially responsible individuals (Mr. Scheinin's parents) were interviewed and approved by the United States Attorney's office. On Wednesday, Pretrial Services officers from the Eastern District of New York visited Mr. Scheinin's parents' home on Long Island. The officers learned that the Scheinin family resides in one part of a two-family home that has a

Hon Katharine H. Parker                                                                January 22, 2020
United States Magistrate Judge                                                         Page 2

**Re:     <u>United States v. Frederick Scheinin</u>, 20 Mag. 651 (UA)**

shared garage and backyard. The two homes have separate entrances. There is a minor who resides in the other home. There are also two schools within walking distance of the home. As such, Pretrial Services was unwilling to approve the home as a residence for Mr. Scheinin.

After considerable discussion with Pretrial Services and the Government, I respectfully request that the Court modify the condition requiring Mr. Scheinin to reside at his parents' home, and allow him to live in his own apartment in Queens. Pretrial Services is amenable to this option as a reasonable alternative. The Government does not object to the change in residence given that Mr. Scheinin will be on home detention and subject to GPS monitoring.

Thank you for your time and attention to this matter.

Respectfully submitted,

_____
Tamara L. Giwa
Assistant Federal Defender
212-417-8719

**SO ORDERED:**

_____
**HONORABLE KATHARINE H. PARKER**
**United States Magistrate Judge**

CC:   AUSA Nicholas Chiuchiolo (via email)
      Pretrial Officer John Moscato (via email)
      Pretrial Officer Joshua Rothman (via email)